AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:18-CV-5910RGK | DATE FILED<br>7/6/2018 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>INJEN TECHNOLOGY COMPANY, LTD., a California corporation | | DEFENDANT<br>AF DYNAMIC, a California corporation; STANLEY CHAN, an individual; and DOES 1 through 10, inclusive |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  7359795 | 4/15/2008 | ARD TECHNOLOGY, LLC |
| 2  7669571 | 3/2/2010 | RON DELGADO |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| "SEE ATTACHED STIPULATED ORDER ENTERING PERMANENT INJUNCTION AND FINAL JUDGMENT" |

| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>/s/ J. Lam | DATE<br>08/08/2019 |
|---|---|---|

Copy 3—Upon termination of action